IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

FATARRA SIMMONS,

        Plaintiff,

      v.

CAMDEN COUNTY DEPARTMENT OF
CORRECTIONS,

        Defendant.

Civil Action
No. 16-6656 (JBS-AMD)

**MEMORANDUM OPINION**

**SIMANDLE, Chief District Judge**

    Plaintiff Fatarra Simmons seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

    Plaintiff did not complete the application and left several pages blank. The Court will therefore deny the application without prejudice, and the matter shall be administratively terminated pending submission of the $350 filing fee and $50 administrative fee or a complete IFP application.

    An appropriate order follows.

**November 16, 2016**
Date

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge